UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN JUAREZ-JIMENEZ,<br>A-236-090-937<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | No. 1:26-cv-00668-DC-ICD (HC)<br><br>ORDER |

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order, seeking immediate release from Immigration and Custom Enforcement's (ICE) custody. ECF Nos. 1 and 2. The temporary restraining order was granted. ECF 12.

Respondents filed a motion to dismiss, ECF No. 10, and did not file a response to the court's March 6, 2026 minute order at ECF 16. In July 2026, the Ninth Circuit decided Rodriguez Vazquez v. Bostock, 183 F.4th 1160 (9th Cir. 2026), which may be applicable here.

Further, the court takes judicial notice of the information provided on the ICE's "Online Detainee Locator System" webpage, available at https://locator.ice.gov/ (last visited Sep. 10, 2026). See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute."). This website indicates that Petitioner no longer remains in immigration detention. It therefore appears that Petitioner has obtained the relief sought in the petition.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner shall inform the Court within 10 (ten) days of his custody status and address whether the petition is now moot;
2. Respondents shall have 5 (five) days from Petitioner's filing to file a reply.

Dated: September 11, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE